

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2018

No. 04-18-00097-CR

Ruben Gian Antonio **LOPEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5998W
The Honorable Joey Contreras, Judge Presiding

# O R D E R

On May 30, 2018, we granted Appellant's first motion for a thirty-day extension of time to file the brief—until June 10, 2018.

To date, despite two reminder phone calls to counsel, no brief or motion for extension of time to file the brief has been filed.

We ORDER Appellant's court-appointed attorney Patrick B. Montgomery to file either a motion to dismiss or the brief within TEN DAYS of the date of this order. If no brief or motion is filed by that date, we will abate this appeal to the trial court for an abandonment hearing **without further notice**. *See* TEX. R. APP. P. 38.8(b)(2).

Appellant's attorney Patrick B. Montgomery is cautioned that, to protect Appellant's rights, this court may initiate proceedings under Rule 38. *See id.* R. 38.8(b)(4).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court